UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 13- CR- 611 (DMC) |
| RYAN NIMMONS | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of America (Thomas S. Kearney, Special Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 18th day of September, 2013,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish their purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

HON. CATHY L. WALDOR
United States Magistrate Judge