UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :
                                :       CRIMINAL   2:13cr611-1
        v.                      :
                                :                ORDER
RYAN NIMMONS                    :
                                :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  12th  day of November 2013,

O R D E R E D  that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by David Holman, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

                        s/DENNIS M. CAVANAUGH
                        ─────────────────────────
                           DENNIS M. CAVANAUGH
                        United States District Judge

cc: Defendant
    Federal Public Defender
    United States Attorney